TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTI FERRELL, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> FLOORING CENTER USA, LLC dba HALF PRICE FLOORING, a Nevada Limited Liability Company; <br><br> Defendant. | CASE NO: 2:26-cv-00461-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

COMES NOW, Plaintiff KRISTI FERRELL (hereinafter "Plaintiff"), by and through his counsel of record, and Defendant FLOORING CENTER USA, LLC dba HALF PRICE FLOORING, a Nevada Limited Liability Company (hereinafter "Defendant"), by and through its counsel, who do hereby stipulate and agree to extend time Defendant to respond Plaintiff's complaint in this action, and that Defendant shall have three week extension (3) week up to and including **April 29, 2026**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.    Plaintiff filed her Complaint on February 19, 2026. ECF No. 1.

2.    Plaintiff served Defendant on March 18, 2026.

3.    A response to the Complaint is due, without any extension, on April 8, 2026.

4.    Defendant retained Counsel on April 7, 2026.

5.    The Parties agreed to this proposed extension on April 8, 2026.

1

Good cause exists for this extension.  Defendant's counsel is preparing to become formally retained and is in the process of gathering Defendant's documents and requests time to review the case file documents and discuss the case with his client, so a proper response can be filed.   Plaintiff has courteously agreed to this extension of time.  Accordingly, Defendant shall have up to and including April 29, 2026, to respond to the Complaint.

**IT IS SO STIPULATED.**

Dated:  April 8, 2026

**GREENBERG GROSS LLP**

 */s/ John M. Orr*

By:_____
JEMMA E. DUNN (SBN 16229)
MATTHEW T. HALE (SBN 16880)
JOHN M. ORR (SBN 14251)
1980 Festival Plaza Dr. Suite 730
Las Vegas, Nevada 89135
 MHale@GGTrialLaw.com
 JDunn@GGTrialLaw.com
 JOrr@GGTrialLaw.com

Attorneys for Plaintiff
Kristia Ferrell

Dated:  April 8, 2026

**HATFIELD & ASSOCIATES**

 */s/ Trevor J. Hatfield*

By:_____
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel:  (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this __9th__ day of __April_____ , 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2