JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Kristi Ferrell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTI FERRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FLOORING CENTER USA, LLC dba HALF PRICE FLOORING, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:26-cv-00461-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1 and LR 16-6, Plaintiff Kristi Ferrell and Defendant Flooring Center Usa, Llc dba Half Price Flooring USA LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court vacate the Early Neutral Evaluation ("ENE"), currently scheduled for August 12, 2026, at 10:00 a.m. via Zoom video conference (ECF No. 9..

Good cause and excusable neglect exist to vacate the ENE. Ms. Ferrell has unexpectedly become unavailable to attend on the current date for reasons outside the control of Plaintiff's counsel.

Counsel has undertaken diligent efforts to confirm her availability and to obtain further information, and those efforts are ongoing.

The parties have met and conferred and agree to vacate the ENE and have discussed that it appears that ENE is futile given the parties' respective positions.

Dated this 11th day of August, 2026.

GREENBERG GROSS LLP
*/s/ John M. Orr*
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

HATFIELD & ASSOCIATES, LTD.
*/s/ _Trevor J. Hatfield_____*
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101

*Attorney for Defendant*

**ORDER**

Based upon the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the Early Neutral Evaluation currently scheduled for August 12, 2026, at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

Dated: _August 12, 2026

UNITED STATES MAGISTRATE JUDGE